# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JON UNT-RS DOE | § | |
| | § | |
| V. | § | Civil Action No. 4:18CV17 |
| | § | Judge Mazzant/Magistrate Judge Craven |
| UNIVERSITY OF NORTH TEXAS | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. On November 20, 2018, the magistrate judge issued a Report and Recommendation, recommending Defendant's Motion to Dismiss pursuant to Rule 12(b)(1) (Dkt. # 6-1) be granted. The magistrate judge further recommended Plaintiff's above-entitled and numbered cause of action be dismissed without prejudice.

To date, no objections have been filed to the November 20, 2018 Report and Recommendation. As noted in the 19-page Report and Recommendation, failure to file objections to the proposed findings and recommendations contained in the report within fourteen days after service bars an aggrieved party from *de novo* review by the district court of those proposed findings and recommendations and from appellate review of factual findings accepted or adopted by the district court except on grounds of plain error or manifest injustice. There being no grounds of plain error or manifest injustice, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Based on the foregoing analysis, it is hereby

**ORDERED** that Defendant's Motion to Dismiss pursuant to Rule 12(b)(1) (Dkt. # 6-1) is

**GRANTED**. It is further

**ORDERED** that Plaintiff's above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED this 10th day of December, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE